JS-6

Benjamin Berger (State Bar. No. 220394)
BERGER HARRISON, APC
2700 Pacific Coast Highway, Suite 200
Newport Beach, CA 92636
Telephone: (949) 548-1700
Facsimile: (949) 548-1001
E-mail Address: bb@bergerharrison.com

Gary S. Soter (State Bar. No. 67622)
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
E-mail Address: gsoter@pswplaw.com

ATTORNEYS FOR PLAINTIFFS MELANIE BENSON and ERIC MARTINEZ

David A. Senior (State Bar. No. 108579)
McBREEN & SENIOR
2029 Century Park East, Third Floor
Los Angeles, CA 90067
Telephone: (310) 552-5300
Facsimile: (310) 552-1205
E-mail Address: dsenior@mcbreensenior.com

Dean N. Panos (admitted *pro hac vice*)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2765
Facsimile: (312) 840-7765
E-mail Address: dpanos@jenner.com

ATTORNEYS FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELANIE BENSON and ERIC MARTINEZ, on their own behalf and on behalf of all those similarly situated,<br><br>           Plaintiffs,<br><br>      vs.<br><br>INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD., an Illinois Corporation; DOES 1-50, inclusive,<br><br>           Defendants. | Case No. SACV-05-1147 JVS (MSGx)<br><br>ORDER OF DISMISSAL |

WHEREAS the parties have elected to settle each and every claim and defense asserted in this matter with no admission of wrongdoing, impropriety or liability on the part of any of the parties;

WHEREAS as a result of this settlement, the parties seek to dismiss with prejudice the individual claims brought by named plaintiffs and to dismiss without prejudice the claims of the putative class members; and

WHEREAS the parties and their respective counsel mutually desire that as a material condition of the terms of the settlement this Court's Order dated September 20, 2007 be vacated and of no further force and effect;

NOW THEREFORE, IT IS HEREBY ORDERED that, under the terms of the settlement agreement and the stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1), the individual claims of the named plaintiffs in the above-entitled action are dismissed with prejudice, and the claims of the putative class are dismissed without prejudice, with each party to bear its own costs.

/ /

/ /

1 | IT IS FURTHER ORDERED, pursuant to stipulation of the parties, that this
2 | Court's previous Order in this case dated September 20, 2007 is hereby vacated and
3 | shall be of no further force or effect.

DATED: March 13, 2008     _____
HON. JAMES V. SELNA
United States District Judge